No. 60. SOUTHERN LIGHTERAGE & WRECKING COMPANY *v.* UNITED STATES. Appeal from the District Court of the United States for the Eastern District of Louisiana. Argued October 13, 1922. Decided October 23, 1922. Affirmed by an equally divided court. *Mr. E. Howard McCaleb,* for appellant, submitted. *Mr. Joseph M. Rault,* with whom *Mr. George H. Terriberry* was on the brief, for the United States.

———

No. 180. WEST SIDE IRRIGATING COMPANY *v.* MARVIN CHASE, AS HYDRAULIC ENGINEER OF THE STATE OF WASHINGTON, ET AL. Error to the Supreme Court of the State of Washington. Motion to dismiss submitted October 16, 1922. Decided October 23, 1922. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Graham,* 253 U. S. 193, 195. *Mr. John P. Hartman* and *Mr. Carroll B. Graves* for plaintiff in error. *Mr. L. L. Thompson* for defendants in error.

———

No. 43. CAPITOL LIFE INSURANCE COMPANY *v.* MARY C. ROSS. Error to the Kansas City Court of Appeals of the State of Missouri. Submitted October 9, 1922. Decided October 23, 1922. *Per Curiam.* Affirmed upon the authority of *Mutual Life Ins. Co.* v. *Liebing,* 259 U. S. 209. *Mr. Jules C. Rosenberger, Mr. James C. Jones, Mr. Frank H. Sullivan* and *Mr. James C. Jones, Jr.,* for plaintiff in error. *Mr. James M. Johnson* for defendant in error.